THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER NR COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COSMO SPECIALTY FIBERS, INC., <br><br> Defendant. | Case No.  2:23-cv-00086 MJP <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |

Plaintiff Weyerhaeuser NR Company and Defendant Cosmo Specialty Fibers, Inc. stipulate that, pursuant to Local Rule 10(g) and Local Rule 7 (d)(1), Cosmo Specialty Fibers, Inc.'s time to answer or otherwise respond to Weyerhaeuser NR Company's Complaint for Monetary Damages (DKT No. 1) shall be extended until February 28, 2023. Accordingly, both parties respectfully request that the Court sign the attached proposed order that extends the time for Cosmo Specialty Fibers, Inc. to answer or otherwise respond to the Complaint to February 28, 2023.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER - 1
CASE NO. 2:23-cv-00086
126508.0004/9285077.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

DATED: February 13, 2023

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC | LANE POWELL PC |
| By: /s/ E. Pennock Gheen (with email authority)<br>E. Pennock Gheen, WSBA No. 14969<br>925 4th Avenue, Suite 3800<br>Seattle, WA 98104<br>Telephone: 206.292.8910<br>Penn.gheen@bullivant.com<br><br>Attorneys for Plaintiff Weyerhaeuser NR Company | By: /s/ Callie A. Castillo<br>Jeffrey M. Odom, WSBA No. 36168<br>Callie A. Castillo, WSBA No. 38214<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone:  206.223.7000<br>odomj@lanepowell.com<br>castilloc@lanepowell.com<br><br>Attorneys for Defendant Cosmo Specialty Fibers, Inc. |

FORMAN WATKINS & KRUTZ LLP

By: */s/ Nick C. Giallourakis (with email authority)*
Nick C. Giallourakis,
210 E. Capitol St., Suite 2200
Jackson, MS 39201
Telephone: 601.969.4248

Attorneys for Plaintiff Weyerhaeuser NR Company

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Cosmo Specialty Fibers, Inc. to answer or otherwise respond to Weyerhaeuser NR Company's Complaint (Dkt. No. 1) shall be extended to February 28, 2023.

Dated this 14th day of February, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER - 2
CASE NO. 2:23-cv-00086
126508.0004/9285077.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

/s/ *Callie A. Castillo*
Jeffrey M. Odom, WSBA No. 36168
Callie A. Castillo, WSBA No. 38214
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
odomj@lanepowell.com
castilloc@lanepowell.com
Attorneys for Defendant Cosmo Specialty Fibers, Inc.


BULLIVANT HOUSER BAILEY PC
*/s/ E. Pennock Gheen* (with email authority)
E. Pennock Gheen, WSBA No. 14969
925 4th Avenue, Suite 3800
Seattle, WA 98104
Telephone: 206.292.8910
Penn.gheen@bullivant.com
Attorneys for Plaintiff Weyerhaeuser NR Company


FORMAN WATKINS & KRUTZ LLP
*s/ Nick C. Giallourakis (with email authority)*
Nick C. Giallourakis,
210 E. Capitol St., Suite 2200
Jackson, MS 39201
Telephone: 601.969.4248

Attorneys for Plaintiff Weyerhaeuser NR Company

---

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER - 3
CASE NO. 2:23-cv-00086
126508.0004/9285077.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107