THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEYERHAEUSER NR COMPANY,

                    Plaintiff,

    v.

COSMO SPECIALTY FIBERS, INC.,

                    Defendant.

No.: 2:23-cv-00086-MJP

STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT AND ORDER

NOTED ON THE MOTION CALENDAR:
February 24, 2023

Plaintiff Weyerhaeuser NR Company and Defendant Cosmo Specialty Fibers, Inc. stipulate that, pursuant to Local Rule 10(g) and Local Rule 7 (d)(1), Cosmo Specialty Fibers, Inc.'s time to answer or otherwise respond to Weyerhaeuser NR Company's Complaint for Monetary Damages (DKT No. 1) shall be extended until March 14, 2023.  Accordingly, both parties respectfully request that the Court sign the attached proposed order that extends the time for Cosmo Specialty Fibers, Inc. to answer or otherwise respond to the Complaint to March 14, 2023.

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1    IT IS SO STIPULATED by and between the parties.

2    DATED: February 24, 2023          DATED: February 24, 2023

| BULLIVANT HOUSER BAILEY PC | LANE POWELL PC |
|---|---|
| | |
| */s/ E. Pennock Gheen*<br>E. Pennock Gheen, WSBA #14969<br>E-Mail: penn.gheen@bullivant.com | */s/ Jeffrey M. Odom (with email authority)*<br>Jeffrey M. Odom, WSBA #36168<br>E-Mail: odomj@lanepowell.com<br>Callie A. Castillo, WSBA #38214<br>E-Mail: castilloc@lanepowell.com |
| ~**And**~ | |
| FORMAN WATKINS & KRUTZ LLP | *Attorneys for Defendant Cosmo Specialty Fibers, Inc.* |
| */s/ Nick C. Giallourakis*<br>Nick C. Giallourakis, WSBA #57219<br>E-Mail:<br>nick.giallourakis@formanwatkins.com | |
| 210 East Capitol Street, Suite 2200<br>Jackson, Mississippi 39201-2375<br>Telephone: (601) 969-4248 | |
| *Attorneys for Plaintiff Weyerhaeuser NR Company* | |

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The deadline for Cosmo Specialty Fibers, Inc. to answer or otherwise respond to Weyerhaeuser NR Company's Complaint (Dkt. No. 1) shall be extended to March 14, 2023.

DATED this 24th day of February, 2023.

The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC


*/s/ E. Pennock Gheen*
E. Pennock Gheen, WSBA #14969
E-Mail: penn.gheen@bullivant.com

**~And~**

FORMAN WATKINS & KRUTZ LLP


*/s/ Nick C. Giallourakis*
Nick C. Giallourakis, WSBA #57219
E-Mail: nick.giallourakis@formanwatkins.com

210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone: (601) 969-4248

*Attorneys for Plaintiff Weyerhaeuser NR Company*

LANE POWELL PC


*/s/ Jeffrey M. Odom (with email authority)*
Jeffrey M. Odom, WSBA #36168
E-Mail: odomj@lanepowell.com
Callie A. Castillo, WSBA #38214
E-Mail: castilloc@lanepowell.com

*Attorneys for Defendant Cosmo Specialty Fibers, Inc.*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO COMPLAINT AND ORDER
NO.: 2:23-CV-00086-MJP

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930